ORIGINAL

*Sorry I am schedule to be kill by the Haitian / Verizon*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~
~~DO NOT SUBMIT THIS~~
~~FORM TO THE COURT.~~

--------------------------------------X

[~~Your Name~~] Marie L Banks

**CV 15-0694**

Plaintiff,

COMPLAINT

**GLEESON, J.**
**SCANLON, M.J.**

RECEIVED
FEB - 9 2015
PRO SE OFFICE

- against -

Sunon Dominique

[~~Insert Names~~], and Associates kidnappers for fees
a Hackers in the U.S. Administration
                    Defendants. and Haitian crusade church in N.Y.

Jury Trial Demanded

--------------------------------------X

I. Parties:

Plaintiff Marie L Banks, resides at 194 Malcolm X Blvrd Apt B3 Brooklyn N.Y. 11221

Defendant Sunon Dominique, resides at 55 Botsford street Hempstead N.Y 11550

Defendant _____, resides at _____

II. The jurisdiction of the Court is invoked pursuant to Kidnapping for mass grave via Jail or mental ward

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] ~~Defendant~~ Hired Narcotics officers Superintendent, Community to Break in, harass, Provoque for murder in Jail, after kidnapping with

IV. Remedy. State what relief, such as money damages, you seek from each defendant. evidence Since the criminals from Haiti - church organization planted running mass grave claimed to be poor

Feb 5, 2015    I want 13 millions of dollars
Date                                    Sign Your Name  Marie L Banks
For Past and
orchestrated Program Kidnapping  718-574-0618
                                    Telephone Number



## Rule 7.1

RULES OF CIVIL PROCEDURE

tion that may be required by the Judicial Conference have been deleted.

### 2007 Amendment

The language of Rule 7.1 has been amended as part of the general restyling of the Civil Rules to make them more easily understood and to make style and terminology consistent throughout the rules. These changes are intended to be stylistic only.

## Rule 8. General Rules of Pleading

(a) *Claim for Relief.* A pleading that states a claim for relief must contain:
  (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
  (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
  (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

(b) *Defenses; Admissions and Denials.*
  (1) *In General.* In responding to a pleading, a party must:
    (A) state in short and plain terms its defenses to each claim asserted against it; and
    (B) admit or deny the allegations asserted against it by an opposing party.
  (2) *Denials—Responding to the Substance.* A denial must fairly respond to the substance of the allegation.
  (3) *General and Specific Denials.* A party that intends in good faith to deny all the allegations of a pleading—including the jurisdictional grounds—may do so by a general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted.
  (4) *Denying Part of an Allegation.* A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.
  (5) *Lacking Knowledge or Information.* A party that lacks knowledge or information sufficient to form a belief about the truth of an allegation must so state, and the statement has the effect of a denial.
  (6) *Effect of Failing to Deny.* An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied. If a responsive pleading is not required, an allega-

  (1) *In General.* In responding to a pleading, a party must affirmatively state any avoidance or affirmative defense, including:
    • accord and satisfaction;
    • arbitration and award;
    • assumption of risk;
    • contributory negligence;
    • duress;
    • estoppel;
    • failure of consideration;
    • fraud;
    • illegality;
    • injury by fellow servant;
    • laches;
    • license;
    • payment;
    • release;
    • res judicata;
    • statute of frauds;
    • statute of limitations; and
    • waiver.
  (2) *Mistaken Designation.* If a party mistakenly designates a defense as a counterclaim, or a counterclaim as a defense, the court must, if justice requires, treat the pleading as though it were correctly designated, and may impose terms for doing so.

(d) *Pleading to Be Concise and Direct; Alternative Statements; Inconsistency.*
  (1) *In General.* Each allegation must be simple, concise, and direct. No technical form is required.
  (2) *Alternative Statements of a Claim or Defense.* A party may set out 2 or more statements of a claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If a party makes alternative statements, the pleading is sufficient if any one of them is sufficient.
  (3) *Inconsistent Claims or Defenses.* A party may state as many separate claims or defenses as it has, regardless of consistency.

(e) *Construing Pleadings.* Pleadings must be construed so as to do justice.

(Amended February 28, 1966, effective July 1, 1966; March 2, 1987, effective August 1, 1987; April 30, 2007, effective December 1, 2007; April 28, 2010, effective December 1, 2010.)

### ADVISORY COMMITTEE NOTES

#### 1937 Adoption

Note to Subdivision (a). See [former] Equity Rules 25

§§ 11305, 11314; Utah 104-9-1.
See Rule 19(c) for the r for relief of the names of the reason for their omiss
See Rule 23(b) for par plaint in a secondary actio
Note to Subdivision methods of pleading pre (Persons making seizures special matter); U.S.C. under general issue, upor tion for an extended pat ing and proof in actions f
2. This rule is, in part Contents—Counterclaim) from the Connecticut p (1934) §§ 107, 108, and 1 5514. Compare the En; the Judicature Act (Th 17-20.
Note to Subdivision glish Rules Under the J 1937) O. 19, r. 15 and N. omitted in this rule.
Note to Subdivision former Equity Rule 30 For the second sentence When Required—When English Rules Under ti tice, 1937) O. 19, r. 13.
Note to Subdivision [former] Equity Rule 3 plus a statement of th Compare also [former] Forms Abrogated) S 171-4, 432-5; Hankin, (1924), 33 Yale L.J. 365.
Note to Subdivision frequent occurrence in 110, § 157(3); 2 Minn.S (1937) § 275; 2 N.D Co

1

The change here is unification.

1

The amendments ar intended.

The language of R general restyling of th understood and to n throughout the rules stylistic only.

The former Rule 8 are deleted as redun

- Complaint -

The last sunday of september 2014 - I answered Mrs Marie Aliette Wasembeck of the new Jerusalem church in Jamaica Queens N.Y for Invitation of the church anniversary I ended up sitting on the same table with the Haitian, I saw the morning on my way out, when Mr Robert Klein broked my door lock without a court order and requested from the Hempstead Police to wait for her, for 3 days - The neighbors said a crazy lady leaves in the house of 55 Botsford Street Hempstead New York 11550. See case # 97CV4805. There by 10:30 11 pm march 16, 1997 I was handcuffed and kidnapped four 4 days in Nassau County Psychiatric word... when I ask the court if they had an order, the sherif every one said NO I had a court appointment schedule on the matter... Law Guardian Anthony Cincotta Referee Mr Koch of Baldwin was assigned My House was repossed and one Song: the Buyer Mrs Junon Dominique bought Drug Dealer Property from the Government I signed the deed of the House Nov 13, 1989 in the presence of my father, my lawyer, my God mother, the seller Mrs Navarra and her lawyer, the Real Estate Agent

At the closing I was short of one thousand dollar they hold the deed until I pay.
I was told to move in right after I closed the loan to avoid people that I do not know to break in.
I went on Parsons Blvard, approached an Haitian man by the name of Rix Delva, to ask him to help me move out of my apartment in Briarwood Queens by order of Ms Cynthia Cohen, the Queens District Attorney.
Mr Rix Delva, Baby Doc Army made more than 6 trips from Queens to Hempstead to help me move furniture ... washing machine ... ect with little help from my God mother, brother, a frail, diabetic man.
My family did not institute <u>slavery</u> for me not to be greatful of the help Mr Delva gave me.

Nov 23, 1989 - 2 weeks after I signed the loan I was fired from my Registered Nurse Position at Elmhurst Hospital Operating Room.

Dec 13, my baby sister Mercie Junie Banks presented difficulty breathing, low red blood cell low white blood cell and diagnostiqued with
— Leukemia —

Nassau County social services denied all help I requested from them - made fun of my food stamp emergency assistance request ...

How could I never reach the Point by my personal formation and discipline to put my fingers in illegal deal to pay the mortgage. From Corney Island Hospital, I was pushed in the Psychiatric ward by 4 Nurses to wake up smelling <u>spermatozoid</u> in the Nassau County Psychiatric Hospital, my body was tampered for How long I do not Know... Gotham Registy the social worker gave me a letter not to go to work for 3 months, the more I was looking for work, the more I ended up Hospitalized, being pushed and assaulted by other nurses, while the doctor wrote fake diagnostic: "Drug Induced Psyzophrenia" at Corney Island I never <u>induced</u> any drug in my body...

I noticed Mr Rix Selva an illeterate in English was smelling strange, but he never tell me to participate in his involvement with Social Security Administration, Federal employee - Police - Motor vehicule - The Rule is to Be Quiet in the Haitian Mafia army and I pray God that one day I will not have to need to see him, since he never gave me his adress. He was just Helping me move my furniture and continue to come and see if I am okay since my sister was diagnostiqued with cancer and my family was in Haiti, although Both my mother and father have been

coming in this country since 1985 for their daughter: Marie Therese Banks (Magny) who died Sept 1985 on Humanitarian Visa.

Following the lock breaking in my house, without a court order by Robert Klein paid by Junon Dominique who bought the House.

Several Haitians, from their church crusade told me: "The Naboth Vineyard story" (1 King 21) in the Bible is going on, in their church with my name, spelled in Diffamation, as drug dealer... I never buy or sell any illegal thing when I attended Mrs Wasembeck and ended up sitting face to face on the same table as my Kidnapper, laughing like M[r] yoel Dominique did nothing, every thing normal, it triggered a <u>Post Traumatic Stress Disorder</u> on my lock up, and the phone call Robert Klein or his assistant placed in the Psychiatric ward to make sure I am lock up for repossession

"Constitutional Law"

By the Constitution of the United States
"Individual Action / Liberty"
is recognized.

America Become Haiti, a 3rd World Country - To Hear: Tell me who you speak to and this is who you are ... My Nursing Teachers in

Haiti and New York told me:

"... you are a nurse, the Center of the Administration, you have to communicate with any level of Employee or Patient Nursing is a Liberal Profession"

Following the Sept 2014, Party at the church -
- My Phone keep ringing with strange phone calls looking for Associates, putting other people on my line
- A woman came at the Mormon church where I worship to ask the President name, and give little offering like an Haitian delegate ... Keep looking at me
- A Bus driver told me I am stink, get out of the Bus (see letter of MTA) she had a pink uniform like a Narcotic squad
- The Super of the Building keep removing Bible, State Department letter for my mother to reenter the United States, my father passport with U.S. visa
- I heard a Narcotic officer come in the Building requesting Tenant signature she used to live on Long Island - She is a criminal sign this.
- The Tenant said: she never buy or sell anything to U.S
- The other tenants said: she always talk, but she never buy or sell drugs or documents - why do we have to sign? one of the Tenant vanished

- The tenant below me in apartment B, complaint of noise when I am sleeping
- The noises are from space satellite manipulation
- The gang leaders are saying:
    She is on Drugs
    She is on Identification thief
- I called police for a report, they pulled their handcuff, refused the report (see attached letter from Woodhull Hospital for requesting a police report — They stole all my Identification
- The ambulance screw requested my Government Benefits signature, they put a code on my Bank account — when I called them to protest the signature of my Government Benefits I heard that I am Harassing them...
- January 29, 2015 A Jewish man, at the staple store in Manhattan said "she is going to be Killed"
  In the Bus Haitian female soldiers said : She is going to Rikers Island for Execution
  Haitian Radio 91.5 Fm send a message:
    You are going to a <u>Caloge</u> meaning lock up.
- A Narcotic officer told the super to lock me up for 6 months and collect

~~Seven thousand of dollars~~

the Gang leader executionner of Native American, have 2 homeless carriage cards Black Plastic Bag, graffities on the wall - No Registration on his house (see Transportation letter) - manipulation of the sneaker location and allusion to my date of Birth (mid february) the Telephone company Verizon load my account the light bill and gas up, to cut off my utilities and I cannot ask for help since my Identifications are stolen ... in the community

Your honor, I am <u>not</u> and <u>never been</u> on Drug I am Requesting 13 millions dollars of Compensation from the owner of the Property at 55 Botsford Street, I was kidnapped for. — Now I have to be executed and the Beautiful Haïtian in the church Crusade ~~base~~ are not ~~no~~ ISIS with their revolutionnary Policy to win the war —

    " Cut Head off
      Burn Houses
      Yellow Fever (Hepatitis) "

          Marie L. Banks

Case 1:15-cv-00694-RJD-VMS   Document 1   Filed 02/09/15   Page 9 of 14 PageID #: 9

10

Speaking of Identifications and Millions TAX Free

"I never witnessed any document where I, Marie L Banks stole anyone identification" Evidence are added or removed for One Genocide agent to do their case for mass grave Slobodan Milosevich type in the U.S. from Haiti on the opposite: A Catholic priest said, while I was passing by Kings County Hospital years ago. the African - Syrian - German army occupying Haiti and the U.S.A. stole Native American Identification to open TAX Free Casinos in the U.S.A and use the Backyard of the Casino, as a cemetary for the Homeless children, sold by the Association of Children Services in the U.S.A. Exemple check EAST ISLIP Population being abducted by the people from the North of Haiti

Marie L Banks P.O.W.
Victim of the Haitian Army
in the U. S. A.
Material - Logic - Church
(Crusade Israeli Army)

New York

Jan 15, 2015

TO The United Nations General Counsel and the

Honorable President of the Country

                Please Honorable do a census on your population adult, children elderly , because the Defense Department of Haiti called : Collectivity Territorial ... wolrd wide is running

Mass grave for the land , on innocent civilian the labelled mentally ill criminal under the crimes committed by law ... they sell the population in the court house in the USA ... they proceed the following way : Removal or adding information in the National Archives , Fake drug repport, stealing identification of their victims and change their data before abduction to jail or mental ward for mass grave ... the benefits or their victims are collected via mutual fund/ law guardian game and so on

Please investigate the court record of the missing population youth or old , check wich group have more houses deed on their name and take action on the Haitian Army with church crusade world wide , the most virulent army is in the North of Haiti ... Nobody does Homeless better with fake accusation

*Marie L Banks RN wasted*

Marie Lourdes Banks – Gervais victim since 1980 at the time the French Cooperant s came to Haiti with the Israeli Army... I left to be followed in the UsA AND Persecuted after brainwashing until nullified... I never kill or kidnap any one like the Haaitian do with their revolution :Cut off head, Burned houses , Yellow fever in the U.S.A... investigate AND ANSWER THEM WITH WAR TROOP

**Woodhull** North Brooklyn Health Network
Affiliated with NYU School of Medicine



# WOODHULL MEDICAL CENTER
# PATIENT ACCOUNTS
# ROOM 3A330

*January 23, 2015*

Dear *Ms. Marie Gervais Banks,*

This letter is regarding your hospital admission of *12/11/2014* to *12/18/2014*, admission number *#34142331.*   Your insurance carrier *Medicare* has paid the majority of your bill.  However, you have a *Deductible* of *$1216.00.*

If you have any questions or are unable to pay this bill in full, visit our office or call *(718)963-8976* to ask us about our HHC Options program.

Please make checks payable to: **Woodhull Medical and Mental Health Center**

PAYMENT MAY BE SENT TO:
   *Woodhull Hospital*
   *G.P.O. Box 5021*
   *New York, NY 10087*

Sincerely,

J. Veerasammy
*Jennifer Veerasammy*
Hospital Care Investigator

---

*[Handwritten note:]*

— Re: "Prisonners"

Police report is a Privilege — Germany will not pay without a report
this is for calling 311 → 911 for a police report against intruder
As a cardiac failure patient I was kidnapped to mental ward

13

 **Department of Transportation**

POLLY TROTTENBERG, Commissioner

January 6, 2015

Ms. Marie L. Banks-Gervias
194 Malcolm X Boulevard, B3
Brooklyn, NY  11221

Dear Ms. Banks:

Thank you for your letter requesting the removal of a pair of sneakers on the bus stop pole at the corner of Malcolm X Boulevard and Putnam Avenue in Brooklyn.

The Department of Transportation's Bus Stop Management will determine the appropriate measures to address the concerns you have bought to my attention. Brooklyn Borough Commissioner Keith Bray will notify you of any action taken by mid-February.

Thank you for bringing this matter to our attention.

Roseann Caruana
Customer Service Division
Department of Transportation
DOT-249502-Y5V0

*[handwritten annotations:]*

The sneakers are removed at the Pole. The Bedford Stuyvesant Army Kill without mercy

Danger! Confidentiality Requested! Today Jan 11 - I see the sneaker removed. Thank you, for this letter, I want to be in confidential, I can be kill by any means by the Army in place including the super of the building where I live. A woman dead body was removed in the No f Registration building where the sneakers were hang

NYC Department of Transportation
Office of the Commissioner
55 Water Street, New York, NY 10041
T: 212.839.6400  F: 212-839-6453
www.nyc.gov/dot

2 Broadway  
New York, NY 10004

Carmen Bianco  
President

  **New York City Transit**

December 8, 2014

Ms. Marie L. Banks  
P. O. Box 750192  
Forest Hills, NY  11375

Dear Ms. Banks:

This is in response to your letter to MTA New York City Transit regarding a bus operator on the B24 route.

Please accept our apology for any difficulty you experienced. Our bus operators are required to treat customers with courtesy and respect, and the conduct of the employee you reported is not indicative of our high standards of courtesy and professionalism. Based upon the information you provided, the bus operator was identified and appropriate action has been taken.

If you have further concerns, you may contact us through the *'Customer Self Service'* link at www.mta.info, or call us at 511, from 6:00 a.m. to 10:00 p.m., daily.

Thank you for having taken the time to write.

Sincerely,

Darryl C. Irick  
Senior Vice President  
Department of Buses

cc:   Carmen Bianco  (#11071428)

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York

58-03-6050 9/13