ORIGINAL

New York

FILED CLERK

2015 NOV 23 PM 2:43

U.S. ...
EAS...
OF ...

Case # 1:15CV-00694-J.G.VMS   October 21, 2015

To The International Human Rights Commission and the

United Nations General Assembly

RE: Genocide in the United States

By the order of the African – Haitian- American in charge of Labor Day Parade Organization *with Governor AiD Killed by Pick Pocket who suspected Investigation*

Dear Sir / Madame,

Following finger pointing by police, community, robbery of my finger print, my son foot print, in my apartment, my keys stolen from my bag from community army type :VIRULENT by their daily bread called murder and robbery

I filed complaint in several administration to see my complaint number stolen in my apartment

My son Carl Gervais is the grand son of one of the United Nations Diplomate *my son Borned in N.y (1985)* (1985) deceased, borned in the area of the Cubano tribe in Haiti : Honorable Orcena Gervais... *my son* he is a very serious reliable, respectful, intellect that keep his word ... not involved in any political group of street gangster

I spoke to him Tuesday night October 17, 2015 at 4h53pm in the presence of a witness he promised to come and help me the week-end for the key problem

And grocery... Saturday he never called ... never showed up ... never return my calls

I became anxious, called 911...

*Sunday I called 311, finally I went to his father aunt hoping some one in the family know his where about... I called him he answered me and the way he speak to me he sound like some one who have received "Gas" anesthesia... he said*

*Oh I was busy... good stuff... by the way there is a decision to have a law guardian on you ... I told him where I was near his father' aunt house he become forgetful*

*Like he was drosy, tired when I spoke to him, he is not a drug addict –* was he tortured

*I began to question the way he answered me if the Bedford Stuyvesant Army who is listening to our phone line and doing hacking by order of the Haitian from the North of Haiti who pay to abduct and kill both of us after questioning under anesthesia, rape, for murder in jail or psychiatric hospital... without a lawyer*

*While he was on his way to my home... a technic of abduction, coercion reported in their neighborhood news paper ... neighborhood smelling blood all over with private jail even the precint smell blood passing by Ralph Avenue*

*WABC television ch 7 / District attorney / postal worker/ neighborhood store are participant of the Genocide on civilian ... military technic in use until desire effect*

*For the Brown Stone Houses ... Black and White virulent Gestapos removing the vassals people and the vassal Government called UnITED States pay the Ramson*

*To the Souverain, the Haitians called Germany in their weekly News*

*Marie L Banks*
*Marie Lourdes Banks – Gervais*
*1975 – 1978*
*Graduated Licensed Registered Nurse in Haiti*

*Brainwashed tortured / rape/ persecuted for twenty six years/ all family member executed, all licenses obtained legally in the United States cancelled out following brainwashing, tortures, 24/7 sleep control*

*Treatment I heard on television giving to spy and I never have 'POLITICAL Group"*

*I became a target the minutes I entered the United States to see my sister assassinated at Queens General Hospital witch had my mother and father to come to the United States... the day my sister was to be buried , flood , cyclone , Tree fells, blocked the Airport for my mother and father to assist the funeral ... once burial done...*

*NO MORE FLOOD.... War technic of Gestapo black and white I ONLY UNDERSTAND THIS YEAR*

Marie L Bantz Edward
194 Malcolm X Blvard
Apt B3
Brooklyn N.Y 11221