ORIGINAL

FILED CLERK

New York  2015 DEC -9 PM 1:21

Case 1:15-CV-00694 JG-VMS

December 7, 2015

To : The Inspector General

Dear Inspector,

#1. Because, I raised my concern, on hit and run scam, I suspected,

When my room mate, a victim got angry at me for bringing from the pharmacy

His seizure medication, he could not go for along with the one the Doctor prescribed for him the day, he went to Woodhull Emergency Room, by ambulance, because of his pain fracture he gave me permission, his representative payee, at the Woodhull finance Department, put a report that his identification was stolen, some where, and alert community to stage and arrest me,

The doctor told him "NOT TO TAKE HIS SEIZURE MEDICATION" SO HE COULD ORDER A laboratory value ...after the lawyer tell him to sign that he did not arrange the hit and run

Woodhull staff stole all my identification with neighborhood Army in Bedford Stuyvesant

His representative payee told him that she has power in Social Security Administration, a corrupted agency that she can open and close any case she wants... including my payment for stealing his identification

I never stole any one document, never drive a car since 1991, because of psychiatric medication side effect ...

Not only neighborhood Army in alert ... to coerce my son... to sign me... I am being ask to follow, like an abduction, for MTA police, to go to my vagina or rectum for search, just because I am talking, about ... land with homeless or other victims...Bus driver menace to arrest me and kicked me out if I requested a seat empty to sit down

#2 . Please kindly request for the Medical Society to return the stolen money of

The Scam by bioterrorist called AIDS = Acquierred Immuno Deficiency Syndrome  by virus

Dr Kevorkian applied the scientific way to show on television the medication side effect… bioterrorist convicted him while laughing on the United States Defense Department that have deficiency to be corrected like any human body system of defense

I was told in school "Medicine/ Nursing is a science and art

And when the PH is acid the opposite is base

When there is deficiency… the opposite is to strength  the deficiency to correct it

The human body have a nucleus, that the Defense Department of the United States should not let Nuclear Weapons specialist called Medical Society  to waste

With opportunistic infection and called human being waste syndrome and got pay largely for it… they made fun of the United States Intellectual property they have robbed and put the Government in MANAGED CARE… an INSULT

THE sadness is the productive population age that disappeared for ever by murder in all major cities

Please request  your money back , because they was no Diagnostic

Please request your money back because of blood washing by destroying the red blood cells with good for everything antibiotic  … please refer to classification of germs  in micro biology  studies

Please request your money back from the lipid society

Please request your money back from  Arach- c … arrach = remove  in French

The C factor collagen reconstituent remove on the marquet at the time of AIDS

Take THE MEDICAID / MEDICARE program in control ... Tuberculosis can be treated .

Request your money back , for the laboratory game called " Fake Positivity/ fake negativity "... enough for America...

Request your money for The "NO AUTOPSY ON Aids  patient and their organ stolen... teeth... and other because there is no infectious organ ... it could not be accepted for sale

*Marie L Banks*
Marie Lourdes Banks- Gervais

2 victims in the USA

**MTA New York City Transit**
*Department of Customer Services*
*Customer Assistance Division*

**Customer Assistance Record of Information Received**

See attached Paper on — Brainwashed —

Ref. No. Brainwashing

| Date Reported | Customer's Name | |
|---|---|---|
| Dec 7 2015 | BANKS - Gervais Marie | |
| Time Recorded | Address | |
| 1:0? p.m. | 194 Malcolm x Blvd apt B3 Brooklyn N.Y 11221 | |
| Received by | City / State / Zip Code | |
| Name | P.O. Box 750192 Forest Hills Queens | |
| Title | Telephone No. N.Y 11375 | |
| Pass # | tel # 347-798-5224 | |

☒ 1 Complaint
☐ 2 Commendation
☐ 3 Suggestion
☐ 4 Accident Report
☐ 5 Delay Verification
☐ 6 Refund Requested
☒ Other Kidnapping Assault Attempt for talking I am not on drugs —

Was this complaint faxed? Yes☐ No☒   Name of person fax was sent to _____
The next sit was Empty —

**Description of Incident, Suggestion or Commendation**
For talking I was asked to go to be Rape
Between 34 St and 14 street
He ordered me to follow Him for Abduction — Rape

| ☒ Rapid Transit | Date | Route No. | Vehicle or Booth No. | Direction | Station/Bus Stop/Intersection |
|---|---|---|---|---|---|
| ☐ Surface ☐ Other | Dec 5, 2015 Time 1 a.m. | E Train | 9308 | ☐N ☐S ☐E ☐W ☐Other | |

MTA Police

**Personnel**
☒ Alleged Assault by Employee — Rape / Assault
__ Closed Doors on Passengers — Kidnapping
__ Failure to Act Against Fare Evasion — By MTA Police
__ Failure to Announce Delay/Route — who request
__ Failure to Assist Passenger or Call Police — the driver to stop the
__ Failure to Identify Self or to Display Badge — train — I have
__ Passengers Discharged — Cardiac
__ Profanity — Failure — Pace
__ Reckless Driving — Maker
__ Refused to Accept Sr. Citizen/Handicapped ID — in Place
__ Rudeness
__ Shortchanging
__ Transfer or Block Ticket Dispute

Mass Murderer Looking to Torture

**Service**
__ Bus Bunching
__ Bypassing
__ Delays
__ Express Bus Off Schedule
__ Locked Turnstile — Elevator
__ Long Headways
__ Overcrowding
__ Poor Connections
☒ Toilets Full with Human Body Fluid graffities

**Equipment**
__ Defective Heating/Cooling (circle) For Recto
__ Defective Lighting Vagina
__ Defective Turnstile Torture
__ Defective Windows/Doors (circle) Because I
__ Garbage was talking
__ Leaks/Puddles (circle)
__ Littered Car/Bus/Station (circle) Stool
☒ Odors in Station — Blood
__ Rats/Roaches (circle) Semen —
__ Seats Dirty/Wet (circle) Graffities —
__ Derelicts — train was full
__ Disorderly Passengers with witnesses
__ Fare Evasion
__ Graffiti
__ Insufficient Police Coverage
☒ Passenger Assaulted or Robbed — Request made by MTA

**Employee's Description**
white - tall - Police
looking to Torture at 1 AM As the pastor said
* Between 12am & 5am *

Badge #

**Please be Aware:** In the event our investigation results in disciplinary action against the NYC Transit Employee, it may be necessary for you to testify at an administrative hearing to sustain the charges. If it becomes necessary, would you be willing to testify? Yes☒ ☐No

**Substance of Report** Ever since I was assaulted on the Job at Coney Island Hospital with Fake Doctor Bioterrorist report — I have verbal diarrhea from Medication I receive involuntary — My Behavior changed from Manipulation and Brainwashing — Tortures — Murder of my Family By Haitian order in the U.S. Friday night to Saturday 1 Am coming from Baltimore I was talking to an old lady Home about her house repossessed without court order — To see a Narcotic Police requested me to follow him to search my body including rectum to write Stool and Blood graffities on the Subway — For talking ...! 1st Amendment

**Action Taken — Referred to (Dept. & Person)**

**MTA New York City Transit**
Department of Customer Services
Customer Assistance Division

## Customer Assistance Record of Information Received

See attached Paper on Brainwashing

| Date Reported | Customer's Name | Ref. No. |
|---|---|---|
| Dec 7, 2015 | Slave in the U.S.y. BANKS- Gerinus Marie (Brainwashed) | ☒ 1 Complaint<br>☐ 2 Commendation<br>☐ 3 Suggestion<br>☐ 4 Accident Report<br>☐ 5 Delay Verification<br>☐ 6 Refund Requested<br>☒ Other Driver menaced to Arrest me<br>☐ Phone Call Because I<br>☐ Letter requested a<br>☒ Visit seat |
| Time Recorded 10:42 a.m. | Address 194 Malcolm X Blvrd Apt B3 Brooklyn New York 11221 | |
| Received by Name | City P.C. Box 750 192 Forest Hills, Queens State N.Y. Zip Code 11375 | |
| Title | Telephone No. 347-798-5224 | |
| Pass # | | |

Was this complaint faxed? Yes ☐ No ☒   Name of person fax was sent to _____ Next to a black lady

The next sit was Empty-
**Description of Incident, Suggestion or Commendation** Because I requested a seat from a black lady

| ☐ Rapid Transit ☒ Surface ☐ Other | Date Dec 7, 2015 Time 10 a.m. 10 hrs p.m. | Route No. B 12 from Alabama | Vehicle or Booth No. 4982 | Direction ☐ N ☐ S ☐ E ☐ W ☐ Other | Station/Bus Stop/Intersection East N.Y. Alabama B 12 Bus | Carito Mimi Ty |

**Personnel** — Bus Driver
- Alleged Assault by Employee — She say me
- Closed Doors on Passengers — disabled metro card
- Failure to Act Against Fare Evasion
- Failure to Announce Delay/Route — I was talking ★
- Failure to Assist Passenger or Call Police
- Failure to Identify Self or to Display Badge
- ☒ Passengers Discharged — requested that I step out to Arrest me because I asked a lady
- Profanity
- Reckless Driving
- ☒ Refused to Accept Sr. Citizen/Handicapped ID — asked a lady to sit down
- Rudeness
- Shortchanging — and fell on her bag
- Transfer or Block Ticket Dispute

Requested me to get off after I pay legally I told her please return fare — I am on limited income

**Service**
- Bus Bunching — I have Cardiac failure muscle weakness
- Bypassing
- Delays
- Express Bus Off Schedule — Pace Maker
- Locked Turnstile
- Long Headways
- Overcrowding
- Poor Connections
- Toilets

**Equipment**
- Defective Heating/Cooling (circle)
- Defective Lighting
- Defective Turnstile
- Defective Windows/Doors (circle)
- Garbage
- Leaks/Puddles (circle)
- Littered Car/Bus/Station (circle)
- Odors in Station
- Rats/Roaches (circle)
- Seats Dirty/Wet (circle)

**Miscellaneous**
- Derelicts — talk to ever me that I only request a seat
- Disorderly Passengers
- Fare Evasion
- Graffiti
- Insufficient Police Coverage
- Passenger Assaulted/Robbed — missing manager

**Employee's Description** African (West Indies) like — Black - wearing glasses mid or late Twenty - Refused to give her Badge number - Attempt Robbery of me Fare Badge #

**Please be Aware:** In the event our investigation results in disciplinary action against the NYC Transit Employee, it may be necessary for you to testify at an administrative hearing to sustain the charges. If it becomes necessary, would you be willing to testify? Yes ☒   ☐ No

**Substance of Report** I entered the Bus - speak to a spanish man Because like me the Dominican Republic Population is facing Extermination by Haitians who sell their land (Border Oil to Israel) then I walked in the Back and asked a lady nicely to seat to an empty chair - I do not know who after I pay my fare legally - she menaced to arrest me invited me off the Bus - just like I saw the Black employee of Kings County Hospital used to react when they have tasted Haitians Dick or Pussey - to sell the Government Hospital - She falsely accused me of touching people - I was just talking - the Bus have Camera

**Action Taken — Referred to (Dept. & Person)**

New York

December 5, 2015

To : The United States Attorney General

And the Federal Judges

Case# 1:15-CV-00694

By Geneva Convention, law, after brainwashing, tortures, rape, psychiatric treatment until my heart stop beating… peace maker in place…

By the taxes I used to pay, when I was working, I received the one third insurance called Social Security Disability Benefits to see community Army by order of the Haitians Gestapos and their associates that put censure in all access to United States Government Offices responsible to provide the money

Yesterday, I mailed this letter, after the clerk of the post office told me it is not

Possible to go the the Federal Square area, by bus, any means, … to find out, after I mailed the letter … that the bus to Federal Square stand in front of the post office

Opposite side

I called them on my way to Federal Square to hear the tape answering my inquiry cutted off, the operator skipped the number I have entered properly, young soldiers in civilian clothes told me they have returned the letter to Bedford Stuyvesant Army who have sequestered my apartment and mail box keys,

While coercing my son, to put me with representative payee and the neighborhood Army plunging fake money, accusation to get search warrant

Like the HAITIAN, on Democracy Now and then bragged their eviction technic

Of planting of evidence with National Grid and other to make homeless

The letter contained all my Social Security information and my sister that vanished information since she was having benefits and section 8 like me in Boston, MA with Cole management super on her case 24/7 like me to harass and murder her Also.

The Mass Murderer, Army, Super intendant, narcotic agent pay by Junon Dominique, legal kidnapper who wrote blood swastika of their victim in the U.S.A.

And Haiti with a September 11,2001 organization … NASA ties have one song

This check is for HAUP, (Haitian American United FOR Progress) with a procedure to have recipient signed their check and murder them in six months like Rose Marguerite Codada, as she and her sister explained to me… before and after she died (by hallucination NASA strategy) in Haiti from N.Y. after she signed her check

To them… for Representative Payee

This lady: "Me" I heard them say pointing their finger : She is a criminal, on identification thief…we are tired to see her… we have evidence on her, she cannot prove any thing… no where… we bleach her information… kill her and her child

The One World Government Soldiers are actively busy to achieve me and my son on false accusation evidence added or removed ad libitum

Please Honorable Judges, I KNOW , by experience, for Haitian to arraign(Spider cast) their victim every thing is legal including September 11, 2001 mass murder

I am only kindly requesting for you to get the mail addressed to your honor, the inspector General office, from both Poste offices as a Federal Juridiction matter

And take appropriate action against the pay FBI hired by Junon Dominique of 55 Botford Street Hemstead, N.Y. 11550

In my civilian understanding , I reported to the 103 police precint , and 26 Federal Plaza the assassination of The Attorney General employee in Haiti ,investigating

The Bank , their money legal or fake sell by street soldiers name Cambeese , both

*U.S agencies said "NO JURIDICTION" ON MURDER done in Haiti by Haitian NASA EMPLOYEE TECHNIC... WRITE your concern to the Attorney General Office , not to us.*

*Their song is "SHE JUST LOST THIS CHECK" it is for us... I heard the mass murderer Said last night*

Marie L Banks-Gervais
mother of Carl Gervais
Not on Illegal Activity
194 Malcolm x Blvard Apt B3
Brooklyn N.Y 11221





```
                HIGHLANDTOWN STA
                6221 EASTERN AVE
                   BALTIMORE
                      MD
                   212249998
                   2304150022
12/04/2015      (800)275-8777    2:51 PM
================================================

Product              Sale          Final
Description          Qty           Price

PM 1-Day              1           $5.75
Flat Rate Env
    (Domestic)
    (BALTIMORE, MD  21235)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 12/07/2015)
Insurance             1           $0.00
    (Up to $50.00 included)
Sign Conf             1           $3.00
    (USPS Signature Tracking #)
    (23151350000005312957)
Affixed               1         ($5.75)
Postage
    (Affixed Amount:$5.75)

Total                             $3.00

Cash                            $20.00
Change                         ($17.00)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*******************************************

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
     https://postalexperience.com/Pos

         or scan this code with
            your mobile device:

             [QR code]

        or call 1-800-410-7420
          YOUR OPINION COUNTS


Bill #:  840-52100102-1-229440-2
Clerk:   05
```



SIGNATURE CONFIRMATION NUMBER:
2315 1350 0000 0531 2957

```
                HIGHLANDTOWN STA
                6221 EASTERN AVE
                   BALTIMORE
                      MD
                   212249998
                   2304150022
12/04/2015      (800)275-8777    2:48 PM
================================================

Product              Sale          Final
Description          Qty           Price

PM 1-Day              1           $5.75
Flat Rate Env
    (Domestic)
    (BALTIMORE, MD  21235)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 12/07/2015)
    (USPS Tracking #)
    (9505 5119 1851 5338 0494 56)
Insurance             1           $0.00
    (Up to $50.00 included)
First-Class           1           $1.20
Intl
Letter
    (International)
    (Haiti)
    (Weight:0 Lb 0.30 Oz)
Maya Angelou          2           $0.98
    (Unit Price:$0.49)

Total                             $7.93

Cash                            $50.00
Change                         ($42.07)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*******************************************

Please visit www.usps.com(R) to
complete International Mail customs
forms online and to ship packages from
your home or office using
Click-N-Ship(R) service.

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
     https://postalexperience.com/Pos

         or scan this code with
            your mobile device:

             [QR code]

        or call 1-800-410-7420
          YOUR OPINION COUNTS
```