New York
December 10, 2015

Case #1:15-CV-00694-JG-VMS

To: the Attorney General office

and: Judge Carol B Amon

and: Assigned Judges to my

Honorable,

#1. After I spoke to Fedex, My sister adopted son had a fever - I had to send him in Emergency some money for Medical Care (see receipt)

#2. I came to the Court to find out about the package, Because Simon Dominique Associated told me:
"Your Home - your way - Pier One"
she had hired an F.B.I to search - remove Kidnap me with evidence added - removed they stole all my keys - and like <u>Reader Digest</u> said After I alarmed every one - Put it in one of my plastic bag - clear - bag that I could not miss to see the keys - for my complaint to be nullified - A Technic used for CAR Theft - Reader

... the Narcotic agent she paid stole all my Identification with woodhull Financial office – cardiac Information – stage Community with Fake money order in the Post office – Fake 5 dollars bill with neighborhood store – African super all of them with Fake Papers they removed from their wall to proceed on me. Sorry I did not get the package –

Thank you

Marie L Banks Gervais
194 Malcolm x Blvard
Apt B3 Brooklyn
N.Y 11221
Dec 10, 2015 time for Junon Dominique to write my blood slogan graffity by Trade.

P.S. Like the New York State Attorney General employee – murdered in Cap-Haitien – they dropped a wall on my sister property to enter – and rob – at night – when I raised my concern Police – 26 Federal Employee said "No Jurisdiction on Haiti"



AJZ TECHNOLOGY CORP.
2804 CHURCH AVE
BROOKLYN, NY 11226
(718) 693-7935
LICENSE # : MT 1600082

## AGENT RECEIPT / RESI AJAN

RECEIPT NO / Nimewo Resi : **16208898**

PRODUCT / PWODUI : HAITI - CASH TRANSFER PICKUP HTCP_USD
DONE ON / Dat : 09/DEC/2015 09:48:30 US/Eastern
DONE BY / FE PA : FJA
PRINTED ON / IMPRIME LE : 09/Dec/2015 9:48:45 AM EST

Sender / Ekspedite
**MARIE L BANKS**
194 MALCOLM X BLVD APT 3
BROOKLYN, NY 11221
(347) 798-5224

Beneficiary / Benefisye
**BONNEL BEAUDRY**
COTE PLAGE 22 RUE ANGLADE #3 ,CARREFOUR
PORT-AU-PRINCE, 01
36 05 2974

........... Message from Sender / Mesaj Ekspedite ...........

VA CHEZ LE MEDECIN. ACHETE LE CERVEAU TONIC.

| | | | |
|---|---|---|---|
| Transfer Amount / Montan | USD | 31.50 | |
| Fees / Fre | USD | 4.99 | |
| Total Collected / Total pou peye | USD | 36.49 | CASH |

| | | |
|---|---|---|
| Benef. Amount / Montan Benefisye | USD | 31.50 |
| Fees / Fre | USD | -1.50 |
| Net Amount / Montan Kap Recevwa | USD | 30.00 |

Date available in receiver's country (Funds may be available sooner) / Dat yo ka touche (Lajan ka disponib pi bone tou) : **09/DEC/2015**

Recipient may receive less due to fees charged by the paying partner and taxes/fees levied by foreign government / Benefisye a ka resevwa mwens kob paske gen fre ak lot tax gouvenman an chage sou montan yo voye a

***** Paying Agent / Ajan Peye ******
**UNITRANSFER HAITI**
50, RUE LAMARRE
PETION-VILLE, 01 HAITI
28 13 0451

X ........................
MARIE L BANKS

---



M Banks B3
Door Tag
We're sorry we missed you.

### Want to get packages your way?
Tell us when and where at fedex.com/delivery

Day/Date 12/8    Time 12:30

**Package(s) not delivered**

Your package(s) will be available for pickup after __0__ p.m. Go to **fedex.com** to confirm availability. If you're unable to pick up your package(s) today, you may choose another option, such as Hold at FedEx Location, at **fedex.com/delivery**.

**5895 Maurice Ave
Maspeth, NY 11378
Maurice Ave & 55th Drive**

**Hours of Operation:**
Mon-Fri: 9:00 am – 8:15 pm
Sat: 10:00 am – 5:00 pm

This form and a government-issued photo ID are required for pickup.

**Delivery attempts (Monday–Friday)**       See back for further explanation.
☑ Another attempt will be made.   ☐ This was the final attempt.

**Delivery requirements**       See back for further explanation.
For successful delivery, see items checked below.
☐ Leave this signed form on door. Shipper requests signature.
  By my signature, I agree that FedEx will not be liable for any loss or damage that results from leaving this shipment.

Please sign legibly in black or blue ink.

☐ Be present for delivery.
  ☐ A signature has been requested from someone at this address.
  ☐ A signature has been requested from someone over 21 at this address.
  ☐ C.O.D. amount due: ☐ Unsecured  C.O.D. Balance $
                       ☐ Secured   Cash not accepted. See back for acceptable forms of payment.
  ☐ Package contains dangerous goods.  ☑ Security reasons/restrictions.

**Package(s) delivered**
☐ Front Door  ☐ Back Door  ☐ Side Door  ☐ Neighbor ____
☐ Apt. Office ☐ Garage    ☐ Porch      ☐ Other ____

Door Tag Number → **DT1041 6234 5448**

53901408

Tell us when and where at fedex.com/delivery

Day/Date __12/9__   Time __338__

**Package(s) not delivered**

Your package(s) will be available for pickup after __4__ p.m. Go to **fedex.com** to confirm availability. If you're unable to pick up your package(s) today, you may choose another option, such as Hold at FedEx Location, at **fedex.com/delivery**.

5895 Maurice Ave
Maspeth, NY 11378
Maurice Ave & 55th Drive

**Hours of Operation:**
Mon-Fri 9:00 am - 8:15 pm
Sat. 10:00 am - 5:00 pm

This form and a government-issued photo ID are required for pickup.

**Delivery attempts (Monday–Friday)**   See back for further explanation.
☐ Another attempt will be made.   ☒ This was the final attempt.

**Delivery requirements**   explanation.
For successful delivery, see items checked.
☐

FedEx Express   133   **Door Tag**
We're sorry we missed you.

Want to get packages

☐ A signature has been requested from someone at this address.
☐ A signature has been requested from someone over 21 at this address.
☐ C.O.D. amount due: ☐ Unsecured   C.O.D. Balance $
                       ☐ Secured   Cash not accepted. See back for acceptable forms of payment.
☐ Package contains dangerous goods.   ☒ Security reasons/restrictions.

**Package(s) delivered**

☐ Front Door  ☐ Back Door  ☐ Side Door  ☐ Neighbor_____
☐ Apt. Office  ☐ Garage  ☐ Porch  ☐ Other_____

Door Tag Number → DT1041 6235 5026

53901408